U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08-cv-4767
SH ASSOCIATES, INC.
                                                          Hon. Judge Andersen
     v.
                                                          Mag. Judge Cole
UNITED STATES OF AMERICA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SH ASSOCIATES, INC.

| NAME (Type or print) |
| --- |
| Rakesh Khanna |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Rakesh Khanna |
| FIRM |
| Weissberg and Associates, Ltd. |
| STREET ADDRESS |
| 401 S. LaSalle Street, Suite 403 |
| CITY/STATE/ZIP |
| Chicago, IL  60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6243244 | 312-663-0004 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐