## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4767                    Assigned/Issued By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00      ☐ $39.00      ☐ $5.00
                ☐ IFP          ☐ No Fee      ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
                                           *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets              ☐ Other

☐ Writ _____              _____
       *(Type of Writ)*                    _____
                                           *(Type of issuance)*

_2_ Original and _0_ copies on _8-22-08_____ as to _u.s. of america; attorney general_
                                *(Date)*