08 C 4767

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SH ASSOCIATES, INC.

CASE NUMBER: 08-C-4767

V.

ASSIGNED JUDGE: Andersen

UNITED STATES OF AMERICA

DESIGNATED
MAGISTRATE JUDGE: Cole

TO: (Name and address of Defendant)

Attorney General, Michael B. Mukasey
Attorney General for the United States of America
10th and Constitution Avenue S.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, Illinois 60605

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

August 22, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE September 2, 2008 |
| NAME OF SERVER (PRINT) U.S. Postal Service || TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served by certified mail, return receipt requested Receipt #70070710000189314495 on September 2, 2008

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 2, 2008      *[signature] Hana Weisberg*
            Date            Signature of Server

401 S. LaSalle Street, Suite 403
Chicago, IL 60605
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.