IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| S.H. & ASSOCIATES, INC., an Illinois Corporation, | ) ) ) | Case No. 08-cv-4767 |
| Plaintiff, | ) ) ) | Honorable Judge Andersen Room 1403 |
| v. | ) ) | Magistrate Judge Cole |
| UNITED STATES OF AMERICA, | ) ) ) | Hearing Date: September 11, 2008 Hearing Time: 9:00 a.m. |
| Defendant, | ) | |

**NOTICE OF MOTION**

To:   The Parties on the Attached Service List

    PLEASE TAKE NOTICE THAT on September 11, 2008, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Wayne R. Andersen, any other judge sitting in his stead in Courtroom 1403, of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the **VERIFIED MOTION FOR TEMPORARY RESTRAINING ORDER,** a copy of which is attached hereto and served upon you, and shall pray for the entry of an order in conformity with said pleading, at which time and place you may appear if you so see fit.

                                   **S.H. & ASSOCIATES, INC.,** Plaintiff

                                   By:_____/s/ Ariel Weissberg_____
                                        One of his attorneys

Ariel Weissberg, Esq. (Attorney No. 03125591)
Rakesh Khanna, Esq. (Attorney No. 06243244)
Weissberg and Associates, Ltd.
401 So. LaSalle--Suite 403
Chicago, IL  60605
T. (312) 663-0004
F. (312) 663-1514

## CERTIFICATE OF SERVICE

      I, Ariel Weissberg, an attorney, hereby certify that on September 3, 2008, a true and correct copy of **VERIFIED MOTION FOR TEMPORARY RESTRAINING ORDER** was served on (1) the foregoing parties by the method so noted, and (2) all parties that have filed an electronic appearance in this proceeding, via the Court's CM/ECF system. Parties may access the within instruments through the Court's CM/ECF system.

United States of America
c/o Office of U.S. Attorney
219 S. Dearborn Street, Suite 500
Chicago, IL  60604
**By Personal Delivery**

Attorney General, Michael B. Mukasey
Attorney General for the United States of America
10th and Constitution Avenue S.W.
Washington, D.C.  20530
**By 1st Class U.S. Mail, Postage Prepaid**

                          /s/ Ariel Weissberg
                            Ariel Weissberg